Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Geno CrenshawDocket No. 01-00277-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Geno Crenshaw, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 1st day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall submit to urinalysis as directed by the Probation Office and shall participate in a substance abuse treatment program, if necessary.
- Shall pay a special assessment of $200.

03-01-02: Distribution of Less Than 100 Grams of Heroin; 36 months' imprisonment; 3-year term of supervised release.

11-21-03: Order signed, Judge Lancaster; Sentence amended to time served; All other aspects of original sentence remain in full force and effect.

03-15-05: Released from state custody to supervision; Currently supervised by U.S. Probation Officer Verne Howard, Jr.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the above-mentioned defendant was stabbed to death on February 25, 2008.

PRAYING THAT THE COURT WILL ORDER the supervision at Criminal No. 01-00277-001 be terminated and the case be marked closed.

ORDER OF COURT
Considered and ordered this _17_ day of _March_, 2008, and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2008

Verne Howard, Jr.
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania